**Opinion issued May 22, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00352-CV**

————————————

## IN RE ALEXANDRO BAEZ, Relator

———

**Original Proceeding on Petition for Writ of Mandamus**

———

## MEMORANDUM OPINION

Relator, Alexandro Baez, filed a petition for writ of mandamus challenging the trial court's May 13, 2025 "Order Denying [Relator's] Motion for Guardian Ad Litem to Be Removed."[1] The mandamus petition requested that the Court grant the petition for writ of mandamus and "order the trial court to remove the guardian ad

---

[1] The underlying case is *Maria De Refugio Hernandez and Jose Japera, as next friends of Y.J., a Minor v. Alexandro Baez*, Cause No. 2023-49333, in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.

litem and allow the parents as next friends to exercise their right to make decisions regarding their child's best interests."

In connection with the mandamus petition, relator also filed a "Motion for Temporary Relief." In the motion, relator requested that the Court stay all trial court proceedings pending this Court's consideration of the petition for writ of mandamus.

We conclude that relator has failed to establish entitlement to mandamus relief, and therefore the Court denies relator's petition for writ of mandamus and "Motion for Emergency Temporary Relief." We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.